In re L'HOMMEDIEU. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) In the matter of the application of Bartlett L'Hommedieu to lay out a highway in the town of Islip, and the assessment of damages therefor. No opinion. Order of the county court of Suffolk county confirmed, and order signed.

LITCHFIELD, Respondent, v. INTERNATIONAL PAPER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Edward H. Litchfield against the International Paper Company and others. No opinion. Judgment unanimously affirmed, with costs. See 58 N. Y. Supp. 856.

LIVINGSTON, Appellant, v. LIVINGSTON, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by Adelaide D. Livingston against Henry A. Livingston. G. Nathan, for respondent. C. Goldzier, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 789, 72 N. Y. Supp. 487.

LONERGAN et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by Catharine Lonergan and another as administratrix, etc., against the Erie Railroad Company.

PER CURIAM. Decision amended by inserting, after the words "to abide the event," the words "upon questions of law only, the facts having been examined and no error found therein."

LUMBARD, Appellant, v. GRANT et al., Respondents. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by Joseph E. Lumbard, as trustee, against Louis J. Grant and another. E. L. Mooney, for appellant. D. Emery, for respondents. No opinion. Judgment affirmed, with costs, on opinion of court below. 71 N. Y. Supp. 459.

LYONS et al., Respondents, v. FIREMEN'S INS. CO. OF NEWARK, N. J., Appellant. (City Court of New York, General Term. December, 1901.) Action by Alexander Lyons and others against the Firemen's Insurance Company of Newark, N. J. William D. Murray, for appellant. Goldfogle, Cohn & Lind (Alfred D. Lind, of counsel), for respondents.

CONLAN, J. The action was brought upon one of three several policies of insurance issued to the plaintiffs, and in the event of loss one-third thereof was to be apportioned to each policy. Upon the trial it appeared that the adjusters had agreed upon an amount to be paid to the assured for the loss, but the defendant declined to accept the same or to become liable for its proportionate amount thereof. The charge to the jury submitted the entire question, and the defendant appears to have been contented therewith, as we find no exception thereto in the record. It was peculiarly the province of the jury to pass upon the question submitted, and they appear to have fairly determined the same in the plaintiffs' favor. The record does not, to our mind, present anything which calls for interference with the result reached at the trial term, and the judgment and order appealed from should be affirmed, with costs. Judgment and order affirmed, with costs. All concur.